**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. 14-27008
    LOURDES J. JULES                          Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO DEVIATE FROM COURT PROCEDURES**

    Pursuant to Trustee's request and recommendation, Debtor Lourdes J. Jules moves the Court to allow her to deviate from court procedures and in support of the motion states:

1. The Trustee recommends that Debtor file a Motion for Referral to Mortgage Modification Mediation (MMM) or that Debtor's Bankruptcy be dismissed. *See* DE 45 Trustee's Notice of Deficiency for Confirmation and Recommendations.

2. However, Debtor submitted her application for a loan modification on September 15, 2014, directly to her mortgage company outside of the Mortgage Modification Mediation Program.

3. The Debtor applied for a loan modification outside of the MMM program to avoid additional costs and expense.

4. Debtor filed her Notice of Filing Application for Loan Modification on September 15, 2014 (*See* DE 26 Debtor's Notice of Filing Application for Loan Modification).

5. The mortgagee creditor, PNC Mortgage, is reviewing Debtor's loan modification application and, as of the date of this motion, has not yet issued a decision on her application.

6. Requiring the Debtor to incur the expense of the MMM program and essentially restart her loan modification application process is unnecessary and inefficient.

7. Further, the Administrative Order 14-03 and the MMM Program Procedures does not place an affirmative obligation or unavoidable requirement to use the MMM program.

8.   The Debtor's Second Amended Chapter 13 Plan includes language recommended by the Trustee at http://www.ch13herkert.com/hamplanguage.pdf that states, in summary, that the creditor shall comply with the Home Affordable Mortgage Modification Guidelines and directives to timely review the application. The Debtor has a duty to report any offers for a permanent modification, modify the plan accordingly, if necessary, or to surrender the property if the modification is rejected.

9.   The mortgagee creditor has not filed or stated on the record any objection to confirmation or the plan.

10.  The mortgagee creditor may also file a motion for referral to MMM Program and has not filed such a request.

11.  The Debtor also has available to her remedies under the HAMP guidelines and directives and Consumer Financial Protection Bureau rules and regulations to appeal any denial if and when appropriate.

12.  Notwithstanding Debtor's current application for modification outside of the MMM Program, she may still file an out of time motion for referral to MMM in the event that mediation is deemed to be necessary by the parties to settle.

13.  At this time the Debtor is not inclined to incur the expense of MMM.

   WHEREFORE. Debtor respectfully requests that the court permit the Debtor to pursue her loan modification application outside of the MMM program as it is not a deviation from court procedures and MMM Program is not required or necessary at this time.

Dated: December 5, 2014         Respectfully submitted,
                                LEGAL SERVICES OF GREATER MIAMI, INC.

                                By:   /s/ Lissette Labrousse
                                Lissette Labrousse, Esq.
                                Florida Bar No. 0512508
                                Attorney for Debtor
                                3000 Biscayne Boulevard, Ste. 500
                                Miami, FL 33137
                                Telephone: (305) 438-2463;

## CERTIFICATE OF SERVICE

I certify that a true copy of the Motion to Deviate from Court Procedures was served, as follows:

**On December 5, 2014, by electronic filing to:**
Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**On December 8, 2014, by US first class mail to:**

| | |
|---|---|
| National Collegiate Trust | PNC Bank, NA |
| c/o NCO Financial Systems, Inc. | 3232 Newmark Drive |
| PO Box 4941 | Miamisburg, OH 45342 |
| Trenton, NJ 08650 | |

City of North Miami
776 NE 125 Street
Miami, FL 33168

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By:   /s/ Lissette Labrousse

Lissette Labrousse, Esq.
Florida Bar No. 0512508
Attorney for Debtor
3000 Biscayne Boulevard, Ste. 500
Miami, FL 33137
Telephone: (305) 438-2463
Facsimile: (305) 573-5800